UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21130-BLOOM/Otazo-Reyes

JOSE TELLERIA,

    Plaintiff,

v.

MARIO L ESPINOSA,
AZTLAN FOODS, CORP., and
OKAN EBI CITRUS & PRODUCE CORP.,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 14, 2022, the Court ordered Plaintiff to file a notice of compliance that it served a copy of the Court's April 14, 2022 Order, the Statement of Claim, and copies of all supporting documents (including time sheets, pay stubs, etc.) upon counsel for Defendant within seven (7) days of an appearance by a Defendant. Defendant Aztlan Foods, Corp. made an appearance in this case on May 5, 2022. To date, Plaintiff has not filed a notice of compliance, nor shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **May 20, 2022**, Plaintiff shall file a notice of compliance. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 13, 2022.

                                                         _____
                                                         **BETH BLOOM**
                                                         **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record