UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21130-BLOOM/OTAZO-REYES

JOSE TELLERIA,

    Plaintiff,

vs.

AZTLAN FOODS, CORP. AND
EVI, INC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

    Plaintiff, Jose Telleria, notifies the Court that ninety (90) days have elapsed since the filing of Plaintiff's Reply Supporting Motion for Attorneys' Fees on November 16, 2022 [ECF No. 55], which followed the filing of Plaintiff's Motion for an Award of Attorneys' Fees and Costs on November 4, 2022 [ECF No. 52], without a hearing or ruling thereon.

    Dated this 15th day of February 2023.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
