7951 SW 6th Street, Suite 112
Plantation, FL 33324
Email: melissa@icelawfirm.com
T: (954) 914-7890
F: (855) 423-5298
Website: icelawfirm.com

**Please note the change in Suite Number Effective July 1, 2019.**



**Please know that during the Covid-19 quarantine our office is fully operational and we are working remotely. We are available via telephone or Zoom for conferences and meetings on all existing and any new matters. Remember, we are here to assist you. Do not hesitate to reach out to us for more information on how we can meet your legal needs during these trying times.**

**Stay safe.**

[Quoted text hidden]

---

**Brian Pollock** <brian@fairlawattorney.com>   Fri, Jun 17, 2022 at 10:10 AM
To: "Charles Chuck Eiss, Esq." <chuck@icelawfirm.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, "Toussaint Cummings, Esq." <toussaint@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>, Shanna Wall <shanna@icelawfirm.com>, "Charles Chuck Eiss, Esq." <Melissa@icelawfirm.com>

Chuck,

We're about to run the numbers on the OT claim and put them in a spreadsheet. If you've already done the work, do you want to share the spreadsheet with us? If not (meaning you haven't done the spreadsheet or don't want to share it with us), then please let us know so we can jump on this and get you a demand. I'm only looking to move the case along and not unnecessarily duplicate efforts.

Best,

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir:  305.230.4822
Fax: 305.230.4844

135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com

[Quoted text hidden]

---

**chuck@icelawfirm.com** <chuck@icelawfirm.com>   Fri, Jun 17, 2022 at 10:23 AM
To: Brian Pollock <brian@fairlawattorney.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, "Toussaint Cummings, Esq." <toussaint@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>, Shanna Wall <shanna@icelawfirm.com>, "Charles Chuck Eiss, Esq." <melissa@icelawfirm.com>

No sure where I stand on this. I am out today as I need to pick up my son at the airport shortly. I believe the true average of hours is in the 50's if I recall.

Sent from my iPhone

> On Jun 17, 2022, at 10:10 AM, Brian Pollock <brian@fairlawattorney.com> wrote:
>
> Chuck,
> [Quoted text hidden]