UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21130

JOSE TELLERIA,

 Plaintiff,

vs.

AZTLAN FOODS, CORP.,
AND EVI, INC.

 Defendants.
_____/

**SATISFACTION OF JUDGMENT**

Plaintiff, Jose Telleria, files and serves this Satisfaction of Judgment, and states the following:

1. Plaintiff, Jose Telleria, acknowledges full payment of all judgments entered in this case to date. Plaintiff agrees that Defendants do not owe Plaintiff any more monies for the judgment(s) entered prior to the service of this Satisfaction.

2. All prior writs of garnishment are withdrawn or should be dissolved by the Court.

Respectfully submitted on April 14, 2023.

            s/Toussaint Cummings, Esq.
            Toussaint Cummings, Esq.
            Fla. Bar No. 119877
            toussaint@fairlawattorney.com
            FAIRLAW FIRM
            135 San Lorenzo Avenue
            Suite 770
            Miami, FL 33146
            Tel: 305.230.4884
            *Counsel for Plaintiffs*

1