UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21130

JOSE TELLERIA,

    Plaintiff,

vs.

AZTLAN FOODS, CORP.,
AND EVI, INC.

    Defendants.
_____/

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR WRIT OF EXECUTION

Plaintiff, Jose Telleria, replies to Defendants' Response to Motion for Writ of Execution as follows:

1. Undersigned counsel contacted defense counsel on Wednesday, April 5, 2023 to determine if the Defendant would pay Plaintiff's attorneys fees and costs or if a writ of execution needed to be filed.

2. Defense counsel stated that he would get back to undersigned counsel.

3. Defense counsel did not get back to undersigned counsel.

4. The purpose of this Reply is to correct any misimpression that the Motion for Writ of Execution was filed without providing the Defendant a common courtesy.

5. In any event, the judgment has been satisfied, and Plaintiff has filed its Satisfaction of Judgment at ECF No. 69.

1

Respectfully submitted on April 14, 2023.

s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com